## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 15-5459 DMG(JC) | Date | July 28, 2015 |
|---|---|---|---|
| Title | R. Baculanta v. State Actors, etc. | | |

Present: The Honorable   Jacqueline Chooljian, United States Magistrate Judge

| Hana Rashad | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**     (IN CHAMBERS)

### ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE

Plaintiff R. Baculanta ("plaintiff"), who is at liberty and is proceeding *pro se*, submitted a pleading which has been construed to be a Complaint. The Complaint is not accompanied by the requisite $400 filing fee.

Accordingly, Plaintiff is Ordered to Show Cause in writing by not later than **August 11, 2015** why this action should not be dismissed for failure to pay the filing fee. To the extent Plaintiff does not have the means to pay the filing fee, he may instead complete and file a Request to Proceed without Prepayment of Filing Fees with Declaration in Support (Form CV-60) by the foregoing deadline. The Clerk is directed to attach a blank Request to Proceed without Prepayment of Filing Fees with Declaration in Support (Form CV-60) to this Order for Plaintiff's use if he elects to proceed in that fashion.

**Plaintiff is cautioned that the failure timely to respond to this Order to Show Cause may result in the dismissal of the Complaint and this action for failure to pay the filing fee, failure to demonstrate that Plaintiff is entitled to proceed with this action without prepayment of the filing fee, failure to comply with this Court's Order and/or lack of prosecution.**

IT IS SO ORDERED.

Initials of Deputy Clerk      hr